IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Jawmin LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>Wescorp Pacific Sandalwood Pty. Ltd.,<br><br>Defendant(s). | ) | 1:12-CV-00193-DAE-BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 10, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 1, 2012.




David Alan Ezra
United States District Judge